IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KELVIN CAIN,

   Plaintiff,

    v.

D. J. INLOW
BADGE 142 T13,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-2014-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action under 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 13 day of August, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Cain\14cv2014\r&r.wpd